# Jonathan Sexton

| | |
|---|---|
| **From:** | Jonathan Sexton |
| **Sent:** | Thursday, December 8, 2016 5:16 PM |
| **To:** | Bennett, Jo |
| **Cc:** | aleksandra@bronsted.com |
| **Subject:** | Elezovic v. Chalabi |
| **Attachments:** | P's 2ND  RTP to D.pdf |

Jo,

I have communicated your offer to my clients and am awaiting their response.  In the meantime, it might be beneficial to motivate your clients to more readily pay and pay quickly if they were reminded that there is personal liability of corporate officers and shareholders for violation of FLSA claims as set forth in *Lamonica v. Safe Hurricane Shutters, Inc.*  711 F3d 1299 (11th Cir. 2013).  While not named in the suit, it would certainly be appropriate to move to amend the claim to add them as parties if the corporate defendant is tanking.  To that end, I have attached Plaintiffs' 2nd Request for Production of Documents seeking documents that verify the names and addresses of shareholders and corporate officers since January 1, 2013.  Because it was not included in our original discovery, I am also seeking a copy of any insurance policy which may be providing any type of coverage.  The certificate of serving discovery will be filed tomorrow.  Hopefully, I can get back to you tomorrow with a response from my clients.

**Jonathan P. Sexton**
JONATHAN P. SEXTON, PC
505 Corporate Center Drive
Suite 104
Stockbridge, GA 30281
770-474-9335 phone
866-529-0828 fax
jsexton@sextonlawfirm.com



CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and  Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved. This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential and may be legally privileged.

TREASURY DEPARTMENT CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.