IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELDINA ELEZOVIC, et al.,<br><br>  Plaintiffs,<br><br>    v.<br><br>CHALAK-CARROLL BUFORD,<br>LLC doing business as<br>Genghis Grill,<br><br>  Defendant. | CIVIL ACTION FILE<br>NO. 1:16-CV-532-TWT |

**ORDER**

This is an FLSA action. It is before the Court on the Plaintiff's Motion to Approve Settlement [Doc. 29], or Alternatively Motion to Add Indispensable Parties [Doc. 29]. The Defendant agrees that the $45,000.00 settlement should be approved. Therefore, the Plaintiff's Motion to Approve Settlement [Doc. 29] is GRANTED. The Motion to Add Indispensable Parties [Doc. 29] is DENIED.

SO ORDERED, this 12 day of April, 2017.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge